Form hn003npo

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

Gregory Eric Williamson                                                                 CASE NO. 11–02404–NPO

**DEBTOR.**                                                                              CHAPTER 13

## NOTICE OF OBJECTION TO CLAIM

The Trustee, Harold J. Barkley, Jr., has filed an Objection to your claim (Green Tree Servicing, LLC, Claim No. 1) (Dkt. # 21) in this bankruptcy case.

Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one. If you do not want the Court to eliminate or change your claim, then on or before September 22, 2011 (Response Due Date) you or your lawyer must:

1. File with the Court a written response to the objection, explaining your position. Registered Users of the Electronic Case Filing (ECF) system should file any response using ECF. Non–registered users should file any response at:

   U.S. Bankruptcy Court
   501 East Court Street, Suite 2.300
   P.O. Box 2448
   Jackson, MS 39225–2448

   If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above.

   You must also mail a copy to:

   Harold J. Barkley, Jr., Trustee
   P O Box 4476
   Jackson, MS 39296

2. Attend the evidentiary hearing on the objection, scheduled to be held on October 17, 2011, at 10:00 AM, in the United States Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi. Testimony will be taken. Witnesses must appear.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the objection to your claim. If no response is filed, the Court may consider said objection immediately after the Response Due Date.

Dated: 8/23/11                                                          Danny L. Miller, Clerk of Court
                                                                        U.S. Bankruptcy Court
                                                                        501 East Court Street, Suite 2.300
                                                                        P.O. Box 2448
                                                                        Jackson, MS 39225–2448
                                                                        601–608–4600

Courtroom Deputy
601–608–4642 (use to advise of settlement)
601–608–4693

<u>Parties Noticed</u>:

Gregory Eric Williamson, Debtor

Branan P. Southerland, Esq., Counsel for Debtor

Harold J. Barkley, Jr., Trustee

Green Tree Servicing, LLC